IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF : | |
| TARGET TELEPHONE 6 : | 1:20MJ51 |
| THAT IS STORED AT PREMISES : | |
| CONTROLLED BY APPLE : | |

ORDER

The government having moved that the search warrant materials in this case, be sealed, and the court being apprised of the reasons therefor,

IT IS HEREBY ORDERED that the search warrant materials be sealed until further order of the court, but not to exceed sixty (60) days from the date of this order.

The Court has inherent authority to order the sealing of a search warrant materials. <u>Baltimore Sun Co. v. Goetz</u>, 886 F.2d 60, 64 (4th Cir. 1989). On the <u>ex parte</u> showing before the court, the court considers that the government has made a <u>prima facie</u> showing that justifies sealing the search warrant materials and modification of the case caption.

The search warrant materials shall be placed under seal by the clerk until further Order of this Court, but not to exceed sixty (60) days from the date of this Order.

/s/ L. Patrick Auld
_____
L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA

Date: April 29, 2020

2

Case 1:20-mj-00051-LPA   Document 7   Filed 04/29/20   Page 2 of 2